BY HAND                                        RECEIVED          January 19, 2022
Judge Jesse M. Furman               SDNY PRO SE OFFICE
United States District Judge         2022 FEB -3 AM 10: 38
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Schulte v. United States et al., Nos 21 CV 4042, 4800, 5061, 5168, 5173, 5213, 5313, 5554, 5722, 5851, 5871, 6504 (JMF)

Dear Judge Furman:

I write in response to the defendants' January 5, 2022 letter. The defendants write that "[T]he United States anticipates that it will file a motion to dismiss the complaints on the grounds that Plaintiff... lacks a private analogue under New York law." Dkt. 15 at 1. Accordingly, I will need access to New York State law including the state's Constitution, statutes, and access to New York Caselaw so I can effectively mount a defense (to be provided by the Court or the government). Alternatively, the Court could appoint counsel to represent me in these civil cases.

Respectfully submitted,

Joshua Adam Schulte

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
31 JAN 2022 PM 1 L

RECEIVED
SDNY PRO SE OFFICE
2022 FEB -3 AM 10:30

ATTN: 21-cv-4042 (JMF)
Pro Se Intake Office
500 Pearl Street
NY, NY 10007

10007-131699